**Order entered December 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00783-CR

### MICHAEL ANTHONY HINOJOSA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F14-00048-J**

## ORDER

The Court **REINSTATES** the appeal.

On October 30,2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 30, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 30, 2014 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE